SO ORDERED.

Dated: October 07, 2009

_____
CHARLES G. CASE, II
U.S. Bankruptcy Judge
_____

**MARK WESBROOKS**
THE WESBROOKS LAW FIRM, P.L.L.C.
15396 N. 83rd Ave., Ste. C100
Peoria, Arizona 85381
(602) 262-0390 Fax: (602) 262-4353
Mark.Wesbrooks@azbar.org
State Bar No. 018690
**Attorney for Debtors**

## IN THE UNITED STATES BANKRUPTCY COURT FOR

## THE DISTRICT OF ARIZONA, PHOENIX DIVISION

| In Re: | CHAPTER 13 |
|---|---|
| ARMONDO G. CORONEL and NORMA ALICIA CORONEL, | Bankruptcy No. 2:08-bk-04753 CGC |
| Debtors, | ORDER PERMITTING ITHDRAWAL OF MARK WESBROOKS AND THE WESBROOKS LAW FIRM, P.L.L.C., AS LEGAL COUNSEL FOR DEBTORS |

The Court, having received the Motion to Withdraw filed by Mark Wesbrooks, and The Wesbrooks Law Firm, PLLC ("Debtors' Counsel), and having considered the grounds set forth in the Motion, and understanding that the Motion is brought, in part, pursuant to E.R. 1.16(a) as one requiring mandatory withdrawal, and further urging grounds for withdrawal pursuant to E.R. 1.16(b), makes the following Orders:

IT IS ORDERED, granting the Motion to Withdraw, relieving Mark Wesbrooks and The Wesbrooks Law Firm, PLLC, from any further responsibility in this cause.

Counsel for the Debtors shall immediately serve a copy of this Order upon the Debtor, and advise the Debtors of any scheduled hearings in the case.

DATED:_____

_____
JUDGE PRESIDING